UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON CALLIER,

    Plaintiff(s),

v.

ALEXANDER BYKHOVSKY, et al.,

    Defendant(s).

Case No. 2:24-cv-01003-RFB-NJK

**Order**

[Docket No. 9]

    Pending before the Court is Plaintiff's motion to extend time to effectuate service on Defendants. Docket No. 9.

    Service of process must generally be completed within 90 days. Fed. R. Civ. P. 4(m). The Court must extend that deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See id.* Service on individuals in foreign countries is generally not subject to the Rule 4(m) deadline. *See id.* (excluding service effectuated pursuant to Rule 4(f)); *see also Lucas v. Natoli*, 936 F.2d 432, 432 (9th Cir. 1991) (addressing predecessor version of Rule 4(m)). Nonetheless, courts possess inherent authority to set a deadline for foreign service. *Inst. of Cetacean Rsch. v. Sea Shepherd Conserv. Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (collecting cases).

    In this case, Plaintiff has been attempting to secure acceptance of service without success. Docket No. 9 at 2. Plaintiff also explains that service efforts are complicated by the fact that Defendant Bykhovsky is believed to be in Puerto Rico and that one of the Nevada addresses for Defendant Alex Gold Holdings does not appear to be a valid address. *See* Docket No. 9 at 2.

    Given the circumstances, the motion to extend time is **GRANTED**. The new deadline to complete service is **SET** for November 18, 2024.

    IT IS SO ORDERED.

    Dated: September 17, 2024

                                                              Nancy J. Koppe
                                                             United States Magistrate Judge