Docusign Envelope ID: C1E9906B-00DE-4D73-8C29-47B3685847E9 Case 2:24-cv-01003-RFB-NJK Document 12 Filed 11/15/24 Page 1 of 4

Brandon Callier
1490A George Dieter Dr. #174
El Paso, TX 79936
(915) 383-4604
callier74@gmail.com

Plaintiff, In Pro Per

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 22 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON CALLIER<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER BYKHOVSKY, & ALEX GOLD HOLDINGS, LLC, a/k/a ALEX GOLD HOLDINGS L.L.C.<br><br>Defendants. | CASE NO. 2:24-cv-01003-RFB-NJK<br><br>**JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AGAINST DEFENDANTS** |

Plaintiff BRANDON CALLIER and Defendants ALEXANDER BYKHOVSKY and ALEX GOLD HOLDINGS, LLC (collectively "Defendants") hereby jointly STIPULATE and AGREE as follows:

1. IT IS HEREBY STIPULATED by Plaintiff BRANDON CALLIER ("Plaintiff), on the one hand, and Defendants ALEXANDER BYKHOVSKY and ALEX GOLD HOLDINGS, LLC ("Stipulating Defendants"), on the other hand, that Judgment may be entered in this action in favor of Plaintiff and against the Stipulating Defendants, and each of them, jointly and severally, in the sum of $110,000.00 [one hundred ten thousand dollars].
2. IT IS FURTHER STIPULATED that the Stipulating Defendants, and each of them, admit liability to Plaintiff in the amount set forth in paragraph 1.

1

JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AGAINST DEFENDANTS

3. IT IS FURTHER STIPULATED that findings of fact and conclusions of law are hereby waived.

4. IT IS FURTHER STIPULATED that Stipulating Defendants were served with the Summons and Complaint on October 13, 2024, and have had the opportunity to discuss this matter with counsel, and understand the ramifications of this Stipulation.

5. IT IS FURTHER STIPULATED that this Court has subject matter jurisdiction over the instant controversy pursuant to 28 U.S.C. § 1332(a)(1).

6. IT IS FURTHER STIPULATED that Stipulating Defendants agree that they are subject to the jurisdiction of this Court and that venue is proper in the District of Nevada, Las Vegas Division.

7. IT IS FURTHER STIPULATED that this Stipulation for Entry of Judgment may be executed in counterpart and with facsimile, scanned or electronic signatures and thereafter filed with the Court as if this Stipulation for Entry of Judgment was executed with original signatures and all counterparts shall be considered to be one document.

8. IT IS FURTHER STIPULATED that Plaintiff and Stipulating Defendants, and each of them, waive their right to appeal, waive their right to bring any motions for new trial, and waive any and all rights they may have to set aside or overturn any Judgment entered on this Stipulation for Entry of Judgment.

9. IT IS FURTHER STIPULATED AND AGREED that Plaintiff is entitled to reasonable post-judgment attorneys' fees and costs to enforce this proposed Consent Judgment.

10. IT IS FURTHER STIPULATED that upon entry of the attached Final Consent Judgment, the Court may close this case.

WHEREFORE, the Parties jointly request that the Court approve and enter the attached Consent Judgment upon agreement of the Parties.

**SIGNATURE BLOCK ON FOLLOWING PAGE:**

Docusign Envelope ID: C1E0996B-90DE-4D73-8CB9-47B8685847E9 Case 2:24-cv-01003-RFB-NJK Document 12 Filed 11/15/24 Page 3 of 4

Dated: 10/21/2024, 2024

DocuSigned by:
F977C695CA274C2...

BRANDON CALLIER
1490A George Dieter Dr. #174
El Paso, TX 79936
(915) 383-4604
callier74@gmail.com
Plaintiff

Dated: 10/22/2024, 2024

DocuSigned by: Alexander Bykhovsky
E43E64A5B591480...

ALEXANDER BYKHOVSKY
1709 C. León M. Acuña
San Juan, PR 00911
(323) 304-4605
alexgoldlv@gmail.com
Defendant

Dated: 10/22/2024, 2024

DocuSigned by: Alexander Bykhovsky
E43E64A5B591480...

ALEX GOLD HOLDINGS, LLC
BY: ALEXANDER BYKHOVSKY
Title: Owner and Sole Member
Defendant

3

JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AGAINST DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON CALLIER<br><br>Plaintiff,<br>vs.<br><br>ALEXANDER BYKHOVSKY, & ALEX GOLD HOLDINGS, LLC, a/k/a ALEX GOLD HOLDINGS L.L.C.<br><br>Defendants. | CASE NO. 2:24-cv-01003-RFB-NJK<br><br>**FINAL CONSENT JUDGMENT:** |

AND NOW, this 15th day of November, 2024, upon consideration of the parties' Joint Stipulation for Entry of Final Consent Judgment against Defendants Alexander Bykhovsky and Alex Gold Holdings, LLC, it is hereby **ORDERED** that the Stipulation is **APPROVED**. Judgment is **ENTERED** by consent of the parties in favor of the Plaintiff Brandon Callier and against Defendants, Alexander Bykhovsky and Alex Gold Holdings, LLC, jointly and severally, in the amount of **$110,000.00**. A certified copy of this Final Consent Judgment may be immediately recorded in Clark County, Nevada. The Clerk of Court shall mark this case CLOSED for statistical purposes.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE